890

*Certiorari Granted.*

No. 359. HIATT, WARDEN, *v.* BROWN. C. A. 5th Cir. Certiorari granted. *Solicitor General Perlman* for petitioner. *Walter G. Cooper* for respondent. 

No. 384. COMMISSIONER OF INTERNAL REVENUE *v.* KORELL. C. A. 2d Cir. Certiorari granted. *Solicitor General Perlman* for petitioner. *Paul L. Peyton* for respondent. 

No. 403. REIDER *v.* THOMPSON, TRUSTEE. C. A. 5th Cir. Certiorari granted. *Eberhard P. Deutsch* for petitioner. 

No. 373. COHNSTAEDT *v.* IMMIGRATION & NATURALIZATION SERVICE OF THE U. S. DEPARTMENT OF JUSTICE. Supreme Court of Kansas. Certiorari granted. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Osmond K. Fraenkel* for petitioner. *Solicitor General Perlman* and *Assistant Attorney General Campbell* for respondent. 

No. 391. SLOCUM, GENERAL CHAIRMAN, DIVISION No. 30, ORDER OF RAILROAD TELEGRAPHERS, *v.* DELAWARE, LACKAWANNA & WESTERN RAILROAD Co. Court of Appeals of New York. Certiorari granted. *Leo J. Hassenauer* and *Manly Fleischmann* for petitioner. *Rowland L. Davis, Jr.* and *Halsey Sayles* for respondent. 

*Certiorari Denied.*

No. 335. WHITCOMB ET AL. *v.* CLARK, DRAIN COMMISSIONER, ET AL. Supreme Court of Michigan. Certiorari denied. *Lee E. Joslyn* and *Irvin Long* for petitioners.